# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **ANSON NOLAND ROBINSON IV,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 4:21-CV-693 PLC** |
| | ) |
| **ANTHONY MEHLING, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the record.  On February 14, 2022, a Memorandum and Order that this Court sent to self-represented Plaintiff Anson Noland Robinson IV at Phelps County Jail was marked "return to sender" and returned to the Court without a forwarding address.[1]  [ECF No. 20]

Local Rule 2.06(B) states:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D.Mo. L.R. 2.06(B).  In this case more than thirty days have passed since the Memorandum and Order was returned, and Plaintiff has not notified the Clerk of Court of any change of address.  The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B).

---

[1] On February 15, 2022, the Court mailed Plaintiff a copy of the case management order, which was returned to the Court on March 2, 2022 without a forwarding address.  [ECF No. 22]

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

A separate order of dismissal will be entered herewith.


PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of March, 2022